## THE STATE v. BOEHM, Appellant.

### (No. 3.)

#### Division Two, November 22, 1904.

Appeal from St. Louis City Circuit Court.—*Hon. O'Neill Ryan,* Judge.

AFFIRMED.

FOX, J.—The record in this case is substantially the same as in State v. Boehm, 184 Mo. 201, decided at the present term of this court. Adopting the views expressed in that case, as well as the conclusions reached, result in the affirmance of the judgment in this cause, and it is so ordered.

*Gantt, P. J.,* concurs; *Burgess, J.,* absent.